# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-01697-VAP (OPx)           Date:  May 23, 2014

Title:   GIACOMINA CAPITANELLI AND ARNOLD CAPITANELLI -v- MACY'S, INC. AND DOES 1 THROUGH 10, INCLUSIVE
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    This action was removed to this Court on September 19, 2013.  (Doc. No. 1.)  Since that time, Plaintiffs have failed to prosecute this action.

    Accordingly, the Court ORDERS Plaintiffs to show cause in writing, not later than May 29, 2014, why this actions should not be dismissed for failure to prosecute.  Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

    **IT IS SO ORDERED.**

MINUTES FORM 11                       Initials of Deputy Clerk __md/wr____
CIVIL -- GEN                           Page 1