**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01697-VAP (OPx)                 Date:  September 26, 2014

Title:   GIACOMINA CAPITANELLI AND ARNOLD CAPITANELLI -v- MACY'S, INC. AND DOES 1 THROUGH 10, INCLUSIVE
==========================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| --- | --- |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| --- | --- |
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT (IN CHAMBERS)

    On July 21, 2014, the Court issued its Scheduling Order.  Pursuant to that Order, the parties were required to file a joint report no later than ten days after the settlement conference.  The final day to conduct a settlement conference was September 15, 2014.  As the Court has received no joint mediation report, the Court ORDERS the parties to show cause, no later than October 10, 2014, why a joint mediation report was not filed timely.

    The parties may also discharge this Order by filing a notice of settlement by October 10, 2014.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                                        Initials of Deputy Clerk __md___
CIVIL -- GEN                                              Page 1