# JS-6

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIACOMINA CAPITANELLI, | Case No.: EDCV13-1697-VAP (OPx) |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT STIPULATION FOR DISMISSAL** |
| MACY'S, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, GIACOMINA CAPITANELLI, and defendant, MACY'S WEST STORES, INC.

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: November 20, 2014

*Virginia A. Phillips*
United States District Judge

-1-
O:\VAP\ECF Ready\ED13CV01697VAP-CAPITANELLI-Order Re Stipulation for Dismissal.wpd

**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL**